UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDRADE CARDWELL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD J. KIRKLAND,<br><br>　　　　　　Respondent. | Case No. SACV 06-349 CJC(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: March 2, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE